United States District Court
Southern District of Texas
**ENTERED**
March 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-00581 |
| § § | |
| CLARK CONSTRUCTION GROUP TEXAS, LP, *et al*, § § § | |
| Defendants. § | |

## ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE

On this day came to be considered the Motion to Dismiss Without Prejudice (Dkt. No. 11). The Court after considering the same and the pleadings on file herein is of the opinion that said motion should be **GRANTED**.

It is, therefore, **ORDERED** that all claims in the above referenced matter are hereby dismissed.

It is so **ORDERED**.

SIGNED on this 18th day of March, 2019.

_____
Kenneth M. Hoyt
United States District Judge